81,594-03

9-15-15

TO: COURT CLERK

FROM: JERRELL GLENN DITTMAN

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

RE: CHANGE OF ADDRESS.

ON MARCH 4, 2015 THIS COURT REMANDED MY 11.07 HABEUS CORPUS BACK TO DALLAS CO. FOR FURTHER FACTUAL FINDINGS.

I AM CURRENTLY BEING HELD IN DALLAS COUNTY AND REQUEST THIS COURT TO NOTIFY ME HERE OF RULINGS, MOTIONS FILED OR CHANGES IN MY CASE. MY CURRENT ADDRESS IS NOW JERRELL DITTMAN #15036331 P.O. BOX 660334 DALLAS TX 75266

THANK YOU

JERRELL DITTMAN